No. 04–9400. JALOMO LOPEZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 544 U. S. 1064;

No. 04–9452. BALLENTINE *v.* ILLINOIS STATE POLICE, 544 U. S. 1040;

No. 04–9457. ALLEN *v.* MAXWELL-HODGES ET AL., 544 U. S. 1065;

No. 04–9471. BUNCH *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, 544 U. S. 1065;

No. 04–9499. ATHANASIADES *v.* EDELMAN, 544 U. S. 1025;

No. 04–9511. HOHMANN *v.* WOOD, DBA WOOD OBERHOLTZER, *ante,* p. 1107;

No. 04–9523. PORTER *v.* MICHIGAN PAROLE BOARD ET AL., *ante,* p. 1107;

No. 04–9565. HUMMINGWAY, AKA GOLDENSTEIN *v.* UNITED STATES, 544 U. S. 1041;

No. 04–9636. STRATTON *v.* UNITED STATES, 544 U. S. 1042;

No. 04–9662. EVANS ET AL. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 544 U. S. 1066;

No. 04–9670. BLOM *v.* UNITED STATES, 544 U. S. 1043;

No. 04–9715. IN RE PEDRAZA, 544 U. S. 1031;

No. 04–9849. IN RE WILLIAMS, 544 U. S. 1048;

No. 04–9861. BUCULEI *v.* UNITED STATES, 544 U. S. 1067; and

No. 04–9874. MOODY *v.* DELRAY BEACH POLICE DEPARTMENT ET AL., *ante,* p. 1120. Petitions for rehearing denied.

No. 03–10812. WILLIAMS *v.* UNITED STATES, 543 U. S. 852;

No. 04–8544. WALKER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL., 544 U. S. 933; and

No. 04–9497. VOLIS *v.* UNITED STATES, 544 U. S. 1025. Motions for leave to file petitions for rehearing denied.

AUGUST 4, 2005

No. 05–5619 (05A129). SIBLEY *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 04–9544 (05A125). IN RE SIBLEY, *ante,* p. 1103. Application for stay of execution of sentence of death, presented to JUS-